IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:10-cv-434-GLL ) |
| MODEL DEVELOPMENT LLC<br>7002 Helen Street<br>Pittsburgh, Pennsylvania, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Having considered the United States' motion for leave to serve interrogatories and requests for production of documents, and any opposition and replies thereto, the Court concludes that the motion ought to be granted. Accordingly it is this 16th day of March, 10,

ORDERED that the United States' motion for leave to serve interrogatories and requests for production of documents be and is GRANTED; and its further

ORDERED that the United States has 15 days from the date of entry of this order to serve interrogatories and requests for production of documents upon the Defendant Model Development LLC.

_____
UNITED STATES DISTRICT JUDGE

6152548.1