IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:10-cv-434-GLL |
| MODEL DEVELOPMENT LLC<br>7002 Helen Street<br>Pittsburgh, Pennsylvania, | ) |
| Defendant. | ) |

## ORDER

Having considered the United States' motion to compel the Defendant, Model Development LLC, to respond to the United States' discovery requests, and any opposition and replies thereto, the Court concludes that the motion ought to be granted. Accordingly, this 7th day of January, 11,

ORDERED that the United States' motion to compel the Defendant to respond to the United States' discovery requests be and is GRANTED; and its further

ORDERED that the Defendant comply with the United States written discovery requests served upon it on November 17, 2010, within 20 days from date of entry of this order.

_____
CHIEF UNITED STATES DISTRICT JUDGE

6152548.1