IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,                    )
                                             )
      Plaintiff,                             )
                                             )
v.                                           )    No. 2:10-cv-434-GLL
                                             )
MODEL DEVELOPMENT LLC,                       )
                                             )
      Defendant.                             )

ORDER

AND NOW, this 2nd day of September, having considered the United States'

motion for entry of of default judgment, IT IS HEREBY ORDERED that the motion is

GRANTED.

    IT IS FURTHER ORDERED that judgment shall be entered in favor of the United

States and against Defendant Model Development LLC in the amount of $62,360.00, plus

statutory additions accruing on that amount from June 23, 2011, until paid.

    IT IS FURTHER ORDERED that copies of this order shall be distributed to the

parties listed below.

CHIEF UNITED STATES DISTRICT JUDGE

Thomas J. Jaworski
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 277
Washington, DC 20004

Model Development LLC
c/o Michael J. Danielson, President
P.O. Box 644
South Park, PA 15129